MACIE WOOLRIDGE, Appellant, *v.* HOLLIS MILLER, Respondent.

Submitted March 4, 1940; decided March 12, 1940.

*Perry E. Leary* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.